FILE COPY



# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

November 6, 2014

Cynthia B. Ayres
Attorney at Law
710 Lamar Street, Suite 440-J
Wichita Falls, TX 76301
* DELIVERED VIA E-MAIL *

Edwin L. Meador
Joann N. Wilkins
BURFORD & RYBURN, L.L.P.
500 N. Akard Street, Suite 3100
Dallas, TX 75201-6697
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 07-13-00427-CV, 07-13-00428-CV
Trial Court Case Number: 26,011, 26,012

**Style:** Oncor Electric Delivery Company LLC v. William E. Brown and Helen W. Brown
as Trustees of the William E. Brown and Helen W. Brown Revocable Living Trust

Dear Counsel:

The Court this day issued an opinion and judgment in the captioned cause. TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:   Honorable Dan Mike Bird (DELIVERED VIA E-MAIL)
Brenda Peterson (DELIVERED VIA E-MAIL)